**No. P68/484.**—The May Dept. Stores Company *v.* United States, protests 64/10198 and 63/11385 (Los Angeles).

BEFORE THE FIRST DIVISION, NOVEMBER 13, 1968

BEFORE THE FIRST DIVISION, NOVEMBER 15, 1968

**No. P68/486.**—Marmax Trading Corp. *v.* United States, protests 65/1741, etc. (New York).

**No. P68/487.**—Marmax Trading Corp. *v.* United States, protests 66/27854 (New York).

NEWMAN, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests is the same in all material respects as the rattancore sleighs, modern shaped trays, serving trays, snack trays, hanging planters, and suitcases the subject of either *Royal Cathay Trading Co. et al.* v. *United States* (45 Cust. Ct. 99, C.D. 2206) or *Same* v. *Same* (56 Cust. Ct. 371, C.D. 2662), the claim of the plaintiffs was sustained.